### ELDREDGE v. TOWN OF POMFRET.

Towns liable to respond in damages to persons injured by the deficiency of their bridges.

ACTION for neglecting to repair their highways, and particularly a certain stone bridge over a run of water, which was suffered to remain in a dangerous state, by means whereof, in passing it, his horse fell through and broke his leg, and died; damage £     .

Plea — not guilty.   Issue to the jury.   Verdict and judgment for the plaintiff to recover.

The law has made it the duty of the several towns in this state, to keep and maintain their highways and bridges in good and sufficient repair; and whoever suffers damage through their neglect, hath a right of action to recover for the damage.